```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 01, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,

**STIPULATION OF SUBSTITUTION OF COUNSEL**

13 Cr. 268 (JMF)

          -against-

ALIMZHAN TOKHTAKHOUNOV, et al.,

                            Defendants.

-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT,** it is hereby stipulated by and between the undersigned parties, that ERIC FRANZ, ESQ., Law Offices of Eric Franz, 747 Third Avenue, 20th Floor, New York, New York, 10017 is substituted as attorney for defendant EDWIN TING in place and instead of RONALD P. FISCHETTI, ESQ., Fischetti & Malgieri LLP, 747 Third Avenue, 20th Floor, New York, New York, 10017 as of the date hereof.

Dated:      New York, New York
             April 30, 2013

_____
ERIC FRANZ
Substituted Attorney for Defendant

_____
RONALD P. FISCHETTI
Former Attorney for Defendant

SO ORDERED:

_____
Hon. Jesse M. Furman, U.S.D.J.

May 1, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

**AFFIDAVIT**

    -against-                                  13 Cr. 268 (JMF)

ALIMZHAN TOKHTAKHOUNOV, et al.,

                Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

    ERIC FRANZ being duly sworn, deposes and states under penalty of perjury:

1. I am the principal of the Law Offices of Eric Franz, PLLC, located at 747 Third Avenue, 20th Floor, New York, New York, 10017. My office has been retained by Edwin Ting to defend him in connection with the above-captioned case.

2. I respectfully submit this Affidavit pursuant to Local Rule 1.4 in support of my application to replace Ronald P. Fischetti as Mr. Ting's attorney.

3. Mr. Ting's case is presently pending before the Hon. Jesse M. Furman and is scheduled to begin trial on June 9, 2014.

                                                            ERIC FRANZ

Sworn to before me this
30 day of April, 2013

_____
Notary Public

Andrew Marcilla
Notary Public, State of New York
Qualified in Kings County
No. 02MA6250291
My commission expires November 28, 2015.

<u>**CERTIFICATE OF SERVICE**</u>

STATE OF NEW YORK     )
                      )    ss:
COUNTY OF NEW YORK    )

ANDREW MANCILLA declares under penalty of perjury:

1. I am over 18 years old and not a party to this action;

2. On April 30, 2013, I caused a copy of the Stipulation of Substitution of Counsel and accompanying Affidavit in <u>United States v. Tokhtakhounov</u>, et al., 13 CR 268 (JMF) to be delivered via email to:

**JOSHUA NAFTALIS, ESQ.**
**HARRIS FISCHMAN, ESQ.**
**ASSISTANT UNITED STATES ATTORNEYS**
SOUTHERN DISTRICT OF NEW YORK
ONE SAINT ANDREW'S PLAZA
NEW YORK, NEW YORK 10007

Dated: New York, New York
       April 30, 2013

_____
ANDREW MANCILLA