

**LAW OFFICES OF ERIC FRANZ, P.L.L.C.**

747 Third Avenue
20th Floor
New York, New York 10017

PH: (212) 355-2200
FAX: (212) 937-2217
www.efranzlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 02, 2013

May 2, 2013

VIA EMAIL (Furman_NYSDChambers@nysd.uscourts.gov)

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

          Re:    *United States v. Ting, 13 Cr. 268 (JMF)*

Dear Judge Furman:

    I represent the defendant, Edwin Ting in the above referenced matter. With the consent of A.U.S.A. Joshua Naftalis, and Pretrial Services Officer Jeff Steimel, I respectfully submit this letter to request a modification of Mr. Ting's bail conditions to permit him to travel with his wife, sister in law, nieces and nephews to Disney World in Orlando, Florida between May 9, 2013 and May 12, 2013 for a vacation that was planned and paid for prior to his arrest. To be clear, the prepaid tickets are for travel between the airport located in Philadelphia, Pennsylvania to Orlando, Florida. Thus we would request that Mr. Ting's bail conditions be modified to allow him to travel first to Pennsylvania (which is outside the geographical restrictions of his release) for his departure flight to Orlando, and then allow him to return to his home in Atlantic City, New Jersey, via the Philadelphia airport.

    To remind the Court, Mr. Ting was released on a $500,000 bond with the following bail conditions:

- his travel is limited to the Southern and Eastern Districts of New York, and the District of New Jersey;
- he surrendered his travel documents (and no new applications);
- he is under strict pretrial supervision;
- he is to submit to drug testing/treatment; and
- he is not to gamble.

    To date, Mr. Ting has been in compliance with all of his conditions of release that have been in place since his arraignment.

Thank you for your time and consideration of this request.

Respectfully Submitted,

Andrew Mancilla

cc: A.U.S.A. Joshua Naftalis (via email)
P.T.S.O. Jeff Steimel (via email)

Application GRANTED.

SO ORDERED.

Jesse M. Furman
United States District Judge

May 2, 2013