**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2013

BY E-MAIL

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York  10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2013

> Re:  United States v. Edwin Ting,
>        13 Cr. 268 (JMF)

Dear Judge Furman:

      Defendant Edwin Ting is scheduled to plead guilty to Count Twenty of the above-referenced Indictment on September 4, 2013 at 11:00 a.m.  Pursuant to Your Honor's August 13, 2013 Order, the Government writes to advise the Court of the elements of the offense.  Count Twenty charges the defendant with operating an illegal gambling business, in violation of 18 U.S.C. §§ 1955 and 2.  The elements of that offense are as follows:

> First, that the gambling business charged in the Indictment violated the laws of the State of New York;

> Second, that the gambling business was in substantially continuous operation for a period in excess of thirty days (or had gross revenues of $2,000 or more in any one day); and

> Third, that five or more persons, including the defendant, knowingly conducted, financed, managed, supervised, directed, or owned the gambling business.

      The "gambling business" referenced above is the operation of an illegal poker game, in violation of New York Penal Law § 225.05.  The elements of that offense are as follows:  The defendant knowingly advanced or profited from an unlawful gambling activity.

      Pursuant to New York Penal Law § 225.00, the "unlawful gambling activity" referenced above is the operation of an illegal poker game.  *See also United States* v. *DiCristina*, -- F.3d --, 2013 WL 3984970, at *4 & n.5 (2d Cir. Aug. 6, 2013) ("New York State courts have

long held that poker contains a sufficient element of chance to constitute gambling under that state's laws.") (internal quotation marks omitted).

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

By:    _____
                                        Joshua A. Naftalis
                                        Harris M. Fischman
                                        Assistant United States Attorneys
                                        (212) 637-2310 / 2305

cc:     Eric Franz, Esq.