**LAW OFFICES OF ERIC FRANZ, P.L.L.C.**

747 Third Avenue
20th Floor
New York, New York 10017

PH: (212) 355-2200
FAX: (212) 937-2217
www.efranzlaw.com

January 3, 2014

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *United States v. Ting, 13 Cr. 268 (JMF)*

Dear Judge Furman:

I represent Edwin Ting, a defendant in the above referenced matter and submit this letter to respectfully request that Mr. Ting's sentence be adjourned from January 9, 2014 to January 21, 2014 due to the unavailability of AUSA Naftalis on January 9, 2014.

Initially, I apologize for this subsequent submission and thank the Court for its consideration of this request. Yesterday, I submitted a letter requesting that the Court adjourn Mr. Ting's sentence (which had been advanced to January 6, 2014 by the Court) to January 9, or 13 of 2014 due to a commitment Mr. Ting had on January 6. The Court granted that request and adjourned the sentencing to January 9, 2014.

At the time I submitted my letter request, I had not received a response from the government concerning its availability but submitted it nonetheless since I did not think it prudent to delay the submission as I was unsure if the Court would be available today to consider it due to the Hurricane. I have since heard from AUSA Naftalis who has advised that he is **not** available on January 9, or 13, 2014 but **is** available on January 21, 2014.

Accordingly, I respectfully request that Mr. Ting's sentencing be adjourned from January 9, 2014 to January 21, 2014.

I apologize for any inconvenience which this may cause the Court.

Respectfully submitted,

Eric Franz